### 14798.    FAIN *v.* PILCHER & BOOTH.

BROYLES, C. J.   1. "When the final determination of a case tried in a justice's court, and carried by certiorari to the superior court, does not depend upon any controlling question of law, and there are issues of fact involved, the superior court has no authority to render a final judgment therein, although it may clearly appear from the facts disclosed by the record that the verdict rendered in the lower court was without evidence to support it.   Civil Code, § 4652 [§ 5201 of the Civil Code of 1910]; *Bryan* v. *Central of Georgia Railway Co.*," 117 *Ga.* 827 (45 S. E. 72).   *Patterson* v. *Central of Ga. Ry. Co.*, 117 *Ga.* 827 (45 S. E. 250). See also *State* v. *Johnson*, 21 *Ga. App.* 320 (3) (94 S. E. 325).

2. Under the foregoing ruling and the facts of the instant case, the judge of the superior court correctly sustained the certiorari, but erred in rendering final judgment for the plaintiff in certiorari.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Certiorari; from Thomas superior court—Judge W. E. Thomas. April 24, 1923.

*H. J. MacIntyre,* for plaintiff in error.

*Roy Seigler, J. M. Austin,* contra.